JEFFREY FOGG #
SBI 938229A - NJ State Prison
P.O. Box 861
TRENTON, NJ 08625

October 12, 2017

Clerk of the Court
Delaware District Court
J. Caleb Boggs Bld
United States District Courthouse
844 King Street, Lock Box 18
Wilmington, DE 19801


FILED
OCT 18 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: <u>Jeffrey Fogg v Perry Phelps, et al.</u>
(Appeal No. 08-4377)
DISTRICT COURT NO. 1-03-CV-00558

Dear Clerk,

Please send me a copy of the Court Docket for my Case stated above. (I have previously submitted and was granted, "<u>In Forma Pauperis</u>" in this Court on this Case).

Thank you,

10-12-2017

Jeffrey Fogg

Jeffrey Fogg
938229A - NJ State Prison
P.O. Box 861
TRENTON, NJ 08625

JEFFREY FOGG
982229A-1112838
P. Box 861
TRENTON, NJ 08625

FILED
OCT 18 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TRENTON
NJ 085 NJ ST PRISON
16 OCT '17
PM 6 L

LEGAL MAIL

CLERK OF THE COURT
DISTRICT COURT OF DELAWARE
U.S. DISTRICT COURT - C/O LAB Blvd.
844 N. KING ST., LOCKBOX 18
WILMINGTON, DE 19801

Hasler
10/14/2017
US POSTAGE
$00.49⁰
FIRST-CLASS MAIL
ZIP 08625
011D11624610

19801-357099